AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

PAMELA R. ANDERSON
901 SW 10TH STREET, APT 2
HALLANDALE, FL 33009

TO: *(Name and Address of Defendant)*



PAMELA R. ANDERSON
901 SW 10TH STREET, APT 2
HALLANDALE, FL 33009

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.*

JAN 1 4 2000

<u>Clarence Maddox</u> CLERK _____ DATE

_____
(BY) DEPUTY CLERK

