UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PAMELA R. ANDERSON,

       Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____Yes  ✓ No

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

                  BY: MARY F. DOOLEY
                      ASSISTANT U.S. ATTORNEY
                      99 N.E. 4TH STREET
                      Suite 300
                      Miami, FL 33132
                      Tel No. (305) 961-9376
                      Fax No. (305) 530-7195
                      Bar No. A5500282

DATED  1/14/00