UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-06076-CIV-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PAMELA R. ANDERSON

Defendant.
_____ /

### DEFENDANT'S DEFAULT

DEFAULT ENTERED as to defendant, Pamela R. Anderson, on this _18th_ day of _April_, 2000.

Clarence Maddox
COURT ADMINISTRATOR
CLERK OF THE COURT

BY: _____
DEPUTY CLERK