UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.00-6076-CIV-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAMELA R. ANDERSON,

    Defendant.
_____/



FILED by _____ D.C.
APR 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a <u>sua sponte</u> review of the record.

**THE COURT** has considered the pertinent portions of the record. In the Court file, proof of service appears to be executed against Defendant Anderson on March 29, 2000. The Clerk entered a Default as to Defendant Anderson on April 18, 2000. It appearing that Defendant has failed to answer or otherwise respond to the complaint, it is

**ORDERED AND ADJUDGED** that Plaintiff shall submit a Motion for Final Default Judgment accompanied by a Proposed Final Default Judgment attached to the motion as Exhibit A, and duly supported by affidavits and other documentation on or before May 2, 2000. Unless Defendant files a Motion to Vacate Entry of Default and a response to the complaint on or before May 1, 2000, a Final Default Judgment may be entered. Unless Plaintiff files a Motion for Final Default Judgment on or before May 2, 2000, the instant action may be DISMISSED. In addition, it is

**ORDERED AND ADJUDGED** that the Plaintiff shall serve the Defendant with a copy of this Order and file proof of service with the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of April, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA