UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06076-CIV-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAMELA R. ANDERSON,

        Defendant.
_____/

## RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been discharged by the U.S. Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to cancel said judgment of record. Said judgment was duly recorded on July 11, 2000, in the Public Records of Broward County, Florida in Official Records Book 30656, Page 1267.



SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. Pamela R. Anderson
CASE NO.  00-06076-CIV-GRAHAM

| | |
|---|---|
| Witness my hand and seal this 22nd day of November, A.D. 2004 | MARCOS DANIEL JIMENEZ<br>UNITED STATES ATTORNEY |
| Signed, Sealed and Delivered in Presence of:<br><br>*Sara Garcia*<br>Sara Garcia<br><br>*Melissa Serey*<br>Melissa Serey | By: *Karin D. Wherry*<br>Karin D. Wherry<br>Assistant United States Attorney<br>99 N.E. 4th Street, Room 300<br>Miami, FL 33132<br>Tel No.(305) 961-9016<br>Fax No.(305) 530-7195 |

STATE OF FLORIDA,
COUNTY OF DADE,

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

    WITNESS my hand and official seal in the County and State last aforesaid this 22nd day of November, A.D. 2004.

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

*Rolando A. León*
NOTARY PUBLIC, State of Florida

[X]  PERSONALLY KNOWN TO ME and
[X]  DID NOT take an oath

2